Name        Michael S Costa
Street Address    6
City and County
State and Zip Code
Telephone Number    928 - 310 - 5363



Mr. Michael Costa
6420 S Cam De La Tierra #
2102
Tucson, AZ 85746

**FILED**

JUN 09 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael S Costa

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

See Attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22-CV-1003-TLN-DB (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
        *(check one)*

Against

1 David L Haet
2 Mark D Navarro
3 Michael Hulshof
4 Roberto Romo
5 Derrick Fok
6 Andrew Ablalock

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael S Costa |
| Street Address | 6420 S camino De LA Tierra #2102 |
| City and County | tucson    pima |
| State and Zip Code | AZ    85746 |
| Telephone Number | 928 310 5363 |

Mr. Michael Costa
6420 S Cam De La Tierra #
2102
Tucson, AZ 85746

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DAVID L HAET |
| Job or Title (if known) | DCSS ( commissioner |
| Street Address | 600 union AVE |
| City and County | Fairfield    CA    solano |
| State and Zip Code | CA    94533 |
| Telephone Number | 707 - 207 - 7300 |

Defendant No. 2

| | |
|---|---|
| Name | Mark D Navarro |
| Job or Title (if known) | senior DCSS Agent |
| Street Address | 675 texas st ste 6500 |
| City and County | Fairfield    solano |
| State and Zip Code | CA    94533 |
| Telephone Number | 866 901 3212 |

2

Defendant No. 3

| | |
|---|---|
| Name | Michael Hulshof |
| Job or Title (if known) | DCSS LAYYer |
| Street Address | 675 Texas st. ste L500 |
| City and County | Fairfield Solano |
| State and Zip Code | CA 94533 |
| Telephone Number | 866- 901 - 3212 |

Defendant No. 4

| | |
|---|---|
| Name | Roberto Romo |
| Job or Title (if known) | Edbundment officer |
| Street Address | 675 Texas st. ste L500 |
| City and County | Fairfield Solano |
| State and Zip Code | CA 94533 |
| Telephone Number | 866 - 901 - 3212 |

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

3

Continued

Defendant(5)

        Andrew Ablalock
        Fairfield Officer
        1000 Webster st
        Fairfield Solano
        CA 94533
        707-428-7300

Defendant(6)

        Derrick Fok
        Police Sgt. Professional Standards Unit
        1000 Webster St
        Fairfield Solano
        Ca 94533
            707-580-0143

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

my Due diligence was not done
my Due process wasit giving

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of
        the State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)*
        _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

4

2nd defendant is a corporation


The defendant name is Fairfield Police is
Incorporated under the laws of the state of CA , and has its principal
place business in the state of ca

b.    If the defendant is a corporation

The defendant, *(name)* _DCSS_____, is
incorporated under the laws of the State of *(name)*
_CA    94533___, and has its principal place of
business in the State of *(name)* _____ 94533_____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

See   attached

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

55,000 + in  child  support "not o wed"
20,000 + in  other  legal  wrongs
____, and  punish ments, other  expense

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

1. ex 1   as  short  as  I  could  explain
2. ex 2   Declaration  1
3. ex 3   Declaration  2
4. ex 4   City of Fairfield

To the eastern district courts of california

Hello i am michael s costa

This is a very long time frame of problems with the courts. The situation I'm in is all due to lies. From my ex wife Nyiesha L Costa. That dates back to 2005. I will be giving a very brief statement between each court issue and what courts that lead up to now.

2005-2007 My ex wife had drug issues and was neglecting our two sons. Nick and Orion Costa falsely had me arrested on 9 felonies and 15 misdemeanors. After 2.5 years in court found not guilty on all charges against her. I filed divorce Child support set at $749 $374.50 bi weekly nyiesha also we received ssi for nick $850 monthly since 2006 i never knew.

2008-2009 I became disabled and reconciled our marriage with the help from lake county social services and by nyiesha.

2009-2010  2009 moved to co.co.county. I took Orion our son and filed with the courts custody for Orion under aduse. I tried to get child support and the lake county courts asked Nyiesha if there was an order already present. She said no and the courts denied me child support paperwork to prove that after 1 year of courts and about 500 pages of letters and documentation from Drs. Dentist Teachers Psychologist Psychiatrist family friends police court investigator and a private detective, all saying that nyiesha was unfit. She got CPS Sacramento to write a letter, with no proof of mental abuse from me and showed them my arrest record that was all lies and lost all rights to my son Orion. Sac social services got an order for nyiesha to pay me $349 dollars that she never did also have proof of order. When CPS made a report of the evil person I was to, my own son never report about the little girl a year younger than him anything bad about me.
    Mid 2010 our son past in her care from her getting a MRI done in las vegas were she moved I told her not to do it he was sick the CA courts did nothing and Las Vegas said our order does not apply their he was on his deathbed for 10 days in a induced coma I had no rights to see him with the ca order so i never say him the ca courts after 9 days ordered her to give all info now on phone or a warrant will be issued the next day he past.

2012 The same judge that said I was not fit to be around my son allowed me to adopt that same little girl that cps did not mention. He shook my hand and said there needs to be more men like me to step up to the plate. Got approved for SSDI

2015-2016 Nyiesha started receiving SSDI for our son Orion and our daughter that I believed was mine in 2016 was allowed to see son and daughter for the summer.
2018- both Orion and Mikhaela came to live with me because the mother was homeless. Orion never returned and because she was homeless and a drug addict I wouldn't return Mikhaela and believe that the kids should be together.

2019-I fought for custody of both kids, won custody in Lake County for Orion and lost in Solano with Mikhaela where I was living even though Mikhaela was with me 210 days then gone 120 days then another 185 days CA said had no jurisdiction of mikhaela. And it was decided that it would go to Las Vegas. I also filed for child support because social services made me do it to get medical and food stamps for the kids. 6 months after i filed she filed the 2007 orders and DCSS dropped my child support case and took hers and said i owed $140,000 in back pay i had orion with me tia my adopted daughter with me at the time and they garnished 50% of my SSDI and put the $140,000 on my credit. Nyiesha stopped going to court and moved out of state haven't seen our daughter since Las Vegas dropped case 2 times has no jurisdiction

2020 Went to court and was told I had 6 months to come up with 13 years of proof of stuff. During that time was forced to return tia to her mother were she was raped got on drugs some 18 year old was trying to see her at 13 years old she dropped out of school got pregnet and became a drug addict all from 12 to 17 because i had no money to support her my son dropped out of school and i was forced to move to az will explain later.
    Nyiesha was making multiple action against me from the police from kidnapping muder rape child abuse a flight risk and many many others with fairfield police and las vegas metro. I tried many times to have her arrested and every time fairfield police said it was a civil issue even violence against me. DCSS filed a state appeal without my permission and told them no I will do it so my state appeal was denied.

2021 i tried 3 times to get amounts dropped DCSS has about 250 pages of proof and refuse to address issues 1st court date did not count the 6 months i had both kids in my care undr ca DCSS policy they have to 2nd time the commisheier lied and about nyiesha being present spoke for 45 mins and addressed 0 issues that i was having. And the lawyer said he had about 50 pages he didn't have time to go over. 3rd time he spoke for 2 hours and 15 mins non stop and addressed 0 issues i bring up and specifics things that SSI social services the district attorneys and Fairfield police needed for then to give me documentation needed she also openly stated to the courts that i had paid over $15000 to her in the past (remember i was under no court order at the time to pay any amount the courts said fraud and didn't count it
    CA will not honor moving the case to AZ cant reduce child support and garnish what they wish will not allow me a set payment and will not let me tell them the paperwork that i need is impossible to get from the courts or bankes do to statute of limitations  ex i owe from 2007 till 2018 she filed in 2019 court 2020 so i can not get or ever get my bank info from 2007 to 2010 because the banks only have to keep 10 years back i can't get transcripts lake county only hold family 5 years and criminal 10 again can't prove i don't owe money. There is so much more I included a pi report to help with legal issues. To show I tried and to show the Mississippi courts she does this all the time. I can't even get the reports I made or she made against me and filed a complaint with an internal affair and still nothing. Contacted an appeal lawyer and he stated my 60 days started back when the original debt was ordered. The 6 months that DCSS gave me to fix issues was concurrently running and I was way over my 60 days to appeal it to higher courts. Please give me and many fathers a fighting chance in the future to see our kids and from this abuse. Last court date 06/11/2021 last police contact 02/15/2022

Michael & Cotto  6/6/22

I, Michael C. Hermann, hereby declare:

1. I am a licensed California Private Investigator, License #26617, and I am preparing this Declaration at the request of Michael S. Costa.
2. In August 2021, I was hired by Mr. Costa to retrieve case files, reports, and court records related to his family law and child support cases in Lake and Solano County Superior Courts. I was also tasked to attempt to locate the current whereabouts of Nyiesha L. Costa (6-11-1977) and if possible, the whereabouts of Mikhaela Costa.
3. On August 4, 2021, a search via Public Records showed that Nyiesha Costa was living at 8572 Melocactus Court in Las Vegas, Nevada.
4. On October 26, 2021, Public Records showed Nyiesha Costa had moved to 1216 Parkway Drive in Wiggins, Mississippi 39577-8708. Records also showed that she had been at the location since July 27, 2021.
5. On March 31, 2022, Public Records still showed Nyiesha Costa as living at 1216 Parkway Drive in Wiggins, Mississippi. 39577-8708.
6. As of today's date, April 12, 2022, Public Records still show Nyiesha Costa as living at the same address in Wiggins, Mississippi.
7. Due to Mikhaela's age (minor) I have been unable to locate any public records for her.

I declare under penalty of perjury under the laws of the State of California and the United States on this, the _12_ day of _APRIL_ , _2022_ that the foregoing statements are true and correct.

Michael C. Hermann
Mike Hermann Investigations
California PI License #26617

1

ex 1    1 of 2



# CITY OF FAIRFIELD

Founded 1956                                                Incorporated December 12, 1903

**Home of**
**Travis Air Force Base**

**COUNCIL**

**Mayor**
Harry T. Price
707-428-7395

**Vice-Mayor**
Rick Vaccaro
707-428-7400

**Councilmembers**
707-428-7400

Pam Bertani
Catherine Moy
Chuck Timm
Scott Tonnesen

• • •

**City Manager**
Stefan T. Chatwin
707-428-7400

• • •

**City Attorney**
Gregory J. Stepanicich
707-428-7400

• • •

**City Clerk**
Karen L. Rees
707-428-7384

• • •

**City Treasurer**
Amanda Hartmann
707-428-7397

**DEPARTMENTS**

**City Manager's Office**
707-428-7400

**Community Development**
707-428-7400

**Finance**
707-428-7400

**Fire**
707-428-7375

**Housing Services**
707-428-7400

**Human Resources**
707-428-7394

**Parks & Recreation**
707-428-7446

**Police**
707-428-7700

**Public Works**
707-428-7468

October 28, 2021

VIA E-MAIL

Michael C. Hermann
Mike Hermann Investigations
P.O. Box 161933
Sacramento, CA 95816
mikeh@hermanninvestigations.com

Re:    **Public Records Act Requests Received on October 21, 2021**

Dear Mr. Hermann,

The City of Fairfield ("City") received and reviewed your Public Records Act ("Act") requests on October 21, 2021. Your requests seek records related to audio recordings of phone calls and e-mails to or from Michael Costa.

In accordance with Section 6253 of the Act, this letter serves as the City's written response to your requests. The City responds as follows:

**Request No. 1:** "[C]opies of all audio recordings of phone calls to-or-from Michael Costa associated with the following calls for service:

- Incident #1910010228 on 5-26-2019
- Incident #1910010228 on 10-01-2019
- Incident #1910080188 on 10-08-2019
- Incident #1910170211 on 10-17-2021
- Incident #1911080160 on 11-08-2019
- Incident #2006050049 on 6-05-2020
- Incident #2012150016 on 12-15-2020"

   **City's Response:** The City has located records responsive to your request. However, the City has withheld records pursuant to Government Code section 6254(f) because the records are part of the investigatory file of a local police agency. Accordingly, the records are not eligible for disclosure.

**Request No. 2:** "[C]opies of any emails your agency may have from Michael Costa at the following email accounts:

- Michael_Costa74@yahoo.com
- Costamike41@gmail.com

It is my understanding that Mr. Costa has emailed your agency in response to ongoing child custody cases. In addition to any emails from Mr. Costa, I would also like to request copies of any emails sent to Mr. Costa from members of your department."

> **City's Response:** The City has located records responsive to your request. Please find attached to the same e-mail in which this letter was transmitted all records responsive to this request.

Thank you for your request. Should you have any questions, please contact me at dshepherd@fairfield.ca.gov.

Sincerely,

Dawn Shepherd
Police Support Manager, Records/Property & Evidence/Admin Support/ Facilities
Fairfield Police Department

ex 3  1 of 2

## DECLARATION

I, Michael C. Hermann, hereby declare:

1. I am a licensed California Private Investigator, License #26617, and have been licensed since 2009.
2. I am preparing this declaration at the request of Michael S. Costa.
3. I was hired by Mr. Costa to retrieve case files and reports related to his family law and child support cases in Lake and Solano County Superior Courts. I was also tasked with trying to get documents and reports from several California Law Enforcement Agencies including Clearlake Police Department, Lake County Sheriff's Department, and the Fairfield Police Department. In addition, Mr. Costa requested I attempt to obtain records and reports from Las Vegas Metro Police as well.
4. To help facilitate the release of the records, I obtained a signed and notarized authorization form from Mr. Costa, giving me permission to act on his behalf in obtaining records from the various agencies.
5. Via Public Records requests and the authorization form, I was able to obtain numerous records from the Clearlake Police Department, the Lake County Sheriff's Department, and from both the Lake and Solano County Superior Courts.
6. I have not been able to retrieve all documents requested from the Fairfield Police Department, or the Las Vegas Police Department.
7. The following are the details related to the records requests made to the Fairfield Police Department:
    a. On August 5, 2021, I filed a Public Records Request asking for all CAD (Computer Aided Dispatch) Contact and Incidents Reports related to both Mr. Costa and his ex-wife Nyiesha L. Costa.
        i. In response to the request, I received the Incident Logs for ten (10) incidents.
    b. On October 21, 2021, I filed a Public Records Request for recording of phone calls relating to seven (7) different incidents related to Child Custody Issues.
        i. In response to the request, the requested records were "withheld" pursuant to Government Code section 6254(f).
    c. On October 21, 2021, I filed a Public Records Request for all emails to and from the agency to Mr. Costa's specified email addresses.
        i. In response to the request, I received one (1) email that was dated December 29, 2020, in response to a request by Mr. Costa for Citizen's Complaint information.
    d. On February 7, 2022, I filed a Public Records Request for Reports #19-11755 and #20-12832 related to child custody issues between Mr. Costa and Nyiesha. In those cases, no charges were ever filed, and the cases were reportedly closed. For this request, I also submitted a copy of the notarized authorization from Mr. Costa allowing me to obtain records on his behalf.
        i. In response to the request, the full reports were withheld as "exempt from disclosure" pursuant to Government Code section 6254(f). However, the response did include a summary of the "Time, substance, and request for assistance received by Fairfield Police Department" for each matter.
8. It is my understanding that Mr. Costa has also attempted on numerous occasions to retrieve records from the Fairfield Police Department and has been unsuccessful as well.

9. Regarding the Las Vegas Metro Police Department, I have tried on several occasions to obtain that agency's CAD (Computer Aided Dispatch) Contact and Incident Reports related to Nyiesha L. Costa. My Public Records Request was rejected, and I was instructed to contact Records. However, when I contacted Records, I was directed back to the original form I had submitted to the agency. I even contacted Bullet Legal Services in Las Vegas and requested their assistance retrieving the records. Investigator Bert Lott advised that he was not able to assist as the records could only be released directly to the "victim or perpetrator."

   a. Mr. Costa has since been able to obtain a redacted copy of a police report he had been wanting.

I declare under penalty of perjury under the laws of the State of California and the United States on this, the 24ᵗʰ day of February, 2022 that the foregoing statements are true and correct.

Michael C. Hermann
Mike Hermann Investigations
3550 Watt Avenue, Suite #140
Sacramento, CA 95821
(707) 350-7001
California PI License #26617

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

actual Damages $135,000  I Do not owe the money and can proof it
exemplary Damages extream hard financialship Due to neg credit and garnishents/ $250,000
puntive Damages $750,000 my 3 childrens life cre ruined wife Drug addict monthers

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 6, 2022

Signature of Plaintiff    Michael S Costa

Printed Name of Plaintiff    Michael S Costa

6