## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL S. COSTA,**

CASE NO: **2:22–CV–01003–TLN–DB**

v.

**DAVID L. HAET, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/7/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **August 7, 2023**

by: /s/ H. Huang
Deputy Clerk